UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EQUIHUA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. ED CV 17-1881-SJO (JCG)<br><br>ORDER AWARDING EQUAL ACCESS OF JUSTICE ACT FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Fees and Expenses:

The Court hereby awards to Cyrus Safa attorney fees pursuant to 28 U.S.C. § 2412(d) in the amount of $1,200.00, subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATED: July 13, 2018

　　　　　　　　　　　　　　　　/s/ Patrick J. Walsh
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PATRICK J. WALSH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-CLOSED\Closed-Social Security\EQUIHUA, D 1881\EAJA fees order.wpd